IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cr-21-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**WILLEM BASSON,**
**d/b/a Zookoepan River Lodge & Safaris, Pongola, South Africa,**

        Defendant.

## ORDER SETTING TRIAL DATE

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **March 13, 2007** and responses to these motions shall be filed by **March 20, 2007**. Proposed Jury Instructions shall also be submitted by **March 20, 2007.** It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **March 23, 2007 at 3:30 p.m..** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a 4-day jury trial is set for **April 2-5, 2007.**

DATED: February 23, 2007

                              BY THE COURT:

                              *s/John L. Kane*
                              John L. Kane, Senior Judge
                              United States District Court