IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cr-21-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**WILLEM BASSON,**
**d/b/a Zookoepan River Lodge & Safaris, Pongola, South Africa,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Government's Unopposed Motion to Continue Entry of Plea and Sentencing Hearing (doc. #27), filed March 23, 2007, is **GRANTED**. The Change of Plea and Sentencing Hearing scheduled for April 3, 2007 is **VACATED AND RESET** for **April 13, 2007 at 1:30 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  March 23, 2007